```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :     13 Cr. 368 (DLC)
                                   :
LIBERTY RESERVE S.A.,              :     PROTECTIVE ORDER
ARTHUR BUDOVSKY,                   :
    a/k/a "Arthur Belanchuk,"      :
    a/k/a "Eric Paltz,"            :
VLADIMIR KATS,                     :
    a/k/a "Ragnar,"                :
AHMED YASSINE ABDELGHANI,          :
    a/k/a "Alex,"                  :
ALLAN ESTEBAN HIDALGO JIMENEZ,     :
    a/k/a "Allan Garcia,"          :
AZZEDDINE EL AMINE,                :
MARK MARMILEV,                     :
    a/k/a "Marko,"                 :
    a/k/a "Mark Halls," and        :
MAXIM CHUKHAREV,                   :
                                   :
        Defendants.                :
                                   :
- - - - - - - - - - - - - - - - - x
```

DENISE L. COTE, District Judge:

WHEREAS, the Government has represented that certain materials subject to discovery in this case pursuant to Rule 16 of the Federal Rules of Criminal Procedure ("Rule 16") contain or reflect personal identification information (including but not limited to names, account numbers, social security numbers, and dates of birth); and

WHEREAS, the Government desires to protect any confidential information contained in any materials it produces pursuant to Rule 16(d)(1);

IT IS HEREBY ORDERED THAT:

1. Discovery material produced by the Government in this action that contains or reflects personal identification information (including but not limited to names, account numbers, social security numbers, and dates of birth) may be designated as "Confidential Material" by labeling the material "UNITED STATES GOVERNMENT - CONFIDENTIAL MATERIAL."

2. Confidential Material disclosed to any defendant or to his counsel during the course of proceedings in this action:

    (a) Shall be used by the defendant or his counsel only for purposes of this action;

    (b) Shall not be copied or otherwise recorded by the defendant;

    (c) Shall not be distributed or disclosed in any form by the defendant or his counsel except as set forth in paragraph 2(d) below;

    (d) May be disclosed only by the defendant's counsel and only to the following persons (hereinafter "Designated Persons"):

        (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendant's counsel;

      (ii) independent expert witnesses, investigators or advisors retained by the defendant or on his behalf in connection with this action;

      (iii) fact witnesses or other third-parties interviewed or consulted by the defendant's counsel or a member of the defense team in the course of investigating the case;

      (iv) such other persons as hereafter may be authorized by the Court upon such motion by the defendant; and

(e) Shall be returned to the Government following the conclusion of this case together with any and all copies of thereof, or shall be destroyed together with any and all copies thereof, which destruction defendant's counsel shall verify in writing.

3. Any defendant receiving discovery in this matter and his counsel shall provide a copy of this Order to any Designated Persons to whom Confidential Material is disclosed pursuant to paragraphs 2(d). Designated Persons shall be subject to the terms of this Order.

4. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

Dated:   New York, New York
         June 18, 2013

SO ORDERED:

_____
THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE