d669katc

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4             v.                            13 CR 368 (DLC)

 5   VLADIMIR KATS, a/k/a "Ragnar,
     MARK MARMILEV, a/k/a "Marko,"
 6   a/k/a "Mark Halls",

 7             Defendants.

 8   ------------------------------x

 9                                     New York, N.Y.
                                       June 6, 2013
10                                     12:52 p.m.

11

     Before:
12
                          HON. DENISE COTE
13
                                            District Judge
14

15                        APPEARANCES

16   PREET BHARARA
          United States Attorney for the
17        Southern District of New York
     SERRIN A. TURNER
18   ANDREW D. GOLDSTEIN
     CHRISTINE MAGDO
19   KEVIN MOSLEY
          Assistant United States Attorneys
20
     FEDERAL DEFENDERS OF NEW YORK
21        Attorney for Defendant Vladimir Kats
     CHRISTOPHER FLOOD
22
     JAMES R. FROCCARO, JR.
23        Attorney for Defendant Mark Marmilev

24

25
```

d669katc

```
 1              (In open court; case called)
 2              THE DEPUTY CLERK:  Is the government ready to proceed?
 3              MR. TURNER:  Yes, your Honor.  Good afternoon.
 4              Serrin Turner for the government.  With me at counsel
 5   table are AUSA Andrew Goldstein, AUSA Christine Magdo, and
 6   Special Assistant U.S. Attorney Kevin Mosley.
 7              THE DEPUTY CLERK:  For the defendant Vladimir Kats,
 8   are you ready to proceed?
 9              MR. FLOOD:  Yes, your Honor.  Good afternoon.
10   Christopher Flood, Federal Defenders of New York, on behalf of
11   Mr. Kats who is presently seated.
12              THE DEPUTY CLERK:  For the defendant Mark Marmilev,
13   are you ready to proceed?
14              MR. FROCCARO:  Yes, your Honor.
15              James Froccaro for Mr. Marmilev, who is here, your
16   Honor.
17              THE COURT:  Mr. Froccaro, I think this is your first
18   appearance in this case; am I right?
19              MR. FROCCARO:  It is, your Honor.  That is correct.
20              THE COURT:  Good.  You've filed a notice of
21   appearance?
22              MR. FROCCARO:  I have, your Honor.  It's on ECF.
23              THE COURT:  And we don't yet have a schedule in this
24   case other than for a conference that will be coming up in -- I
25   think August 9 at 10:30.  And at that time if at all possible
```

d669katc

```
1    we'll be setting an additional schedule in this case.
2                 MR. FROCCARO:  Yes, your Honor.
3                 THE COURT:  Thank you.
4                 And I need to arraign the defendants on the
5    indictments in which they are actually named.  I did not have
6    copies of S3 and S4 at the time of the initial arraignment and
7    so I arraigned the defendants under an indictment 13 CR 358.
8                 I now understand that at that time apparently each of
9    the defendants had a superseding indictment that named them and
10   them alone in front of them.  So no doubt I was the only one
11   confused.  But just to make sure that the record is clear and
12   that there has been an appropriate arraignment on the
13   indictment that actually is the most current charging
14   instrument as to each defendant, I'd like to just redo the
15   arraignment.
16                So, three questions.  Do you have a copy of the
17   indictment?  And I'm going to give you the correct number of
18   what I understand in each case.  Do you wish me to read it to
19   you?  And how do you plead, guilty or not guilty?
20                So let me start with you, Mr. Kats, if you could
21   please stand.
22                Mr. Kats do you have a copy of indictment
23   S3 13 CR 368.
24                MR. KATS:  Yes, I do, your Honor.
25                THE COURT:  Do you wish me to read it to you?
```

d669katc

1          MR. KATS:  No.

2          THE COURT:  How do you plead, guilty or not guilty?

3          MR. KATS:  Not guilty.

4          THE COURT:  Thank you.  You may be seated.

5          And Mr. Marmilev, if you could please stand.

6          Do you have a copy of the indictment S4 13 CR 368?

7          MR. MARMILEV:  Yes, I do.

8          THE COURT:  Do you wish me to read it to you?

9          MR. MARMILEV:  No.  Thank you.

10         THE COURT:  How do you plead, guilty or not guilty?

11         MR. MARMILEV:  Not guilty.

12         THE COURT:  Thank you.

13         Thank you so much everyone for participating in that.

14    We had an agreement from last time, and I'm sure you're aware

15    of this, Mr. Froccaro, that we would be excluding time from the

16    date of that conference until our conference date in August.

17    And during our last conference there was also a representation

18    from the government with respect to -- sorry.  I'm trying to

19    find my notes from that last appearance, a schedule for

20    production of discovery material.  And I think the government

21    expected -- my notes are less than clear -- to produce

22    discovery by June 21.

23         I'll take a report from the government.

24         MR. TURNER:  Yes, your Honor.  As to discovery, what

25    we have discussed with the defendants, and what we meant to

d669katc

1   represent at the original conference, is that we have a

2   voluminous amount of material that was obtained prior to the

3   May 24 takedown.  And that material we believe we will be able

4   to produce and we plan to produce as of June 21.

5           In addition to that, on the day of the takedown there

6   were many servers seized, documents and other evidence seized

7   in multiple countries around the world.  That is going to take

8   a while to trickle in from those various countries.  What we've

9   told the defendants is that we will plan to produce that on a

10  rolling basis as promptly as possible as we get it and as we

11  process it.  But as of now we cannot -- we don't know

12  specifically when all of that will be received and be able to

13  be produced.

14          THE COURT:  Fine.  So, I know the government will keep

15  defense counsel appraised with respect to the production on a

16  rolling basis of material that's come into your possession

17  since the first court appearance of these defendants.  And any

18  defendant, obviously, has an opportunity to discuss the

19  production schedule with the government and if they're unhappy

20  with it to write he a short letter and I'll hold a conference

21  and address any disputes.

22          MR. TURNER:  One other item, your Honor.  In terms of

23  the original indictment, because the defendants did not

24  actually have access to that on the day they were originally

25  arraigned, the government thinks it would be prudent to arraign

d669katc

1    them again on that indictment today.  That indictment was under

2    seal on the day of the takedown.  The Court's unsealing order

3    provided for it to be unsealed the following Tuesday.  So it

4    was not in their possession at the time of the original

5    appearance.

6          THE COURT:  This is a unique set of circumstances.  So

7    I had something I thought was in the defendants' hands and they

8    had something that no doubt they thought I was holding.

9          MR. TURNER:  It appears that way, your Honor.

10          THE COURT:  Okay.  So let's figure out what is the

11    current charging instrument that the government would proceed

12    to trial on with respect to each of these defendants.  Is it

13    the underlying indictment or is it the superseding indictment I

14    just arraigned them on today?

15          MR. TURNER:  It would be the underlying indictment,

16    your Honor.

17          MR. FROCCARO:  Just so I'm clear is that the

18    two-defendant indictment?

19          THE COURT:  No.

20          MR. FROCCARO:  What indictment is that?  Because I

21    don't know that I have seen that one.

22          THE COURT:  It is an indictment --

23          MR. FROCCARO:  Their own indictment?  It was their own

24    individual indictment?

25          THE COURT:  No.  There is an indictment 13 CR 368.

d669katc

1    That is the parent indictment.

2              MR. TURNER:  Correct, your Honor.

3              THE COURT:  There are superseding indictments.  Each

4    one of those has an S in front of it.  S1, S2, S3.  I have no

5    idea how many Ss.

6              We arraigned each individual defendant here today on

7    the superseding indictment that names them and them alone.

8              The government is now requesting that I arraign each

9    of these two defendants on the parent indictment, 13 CR 368.

10             So have you provided each defendant with a copy of

11   13 CR 368 today?

12             MR. TURNER:  Yes, I have, your Honor.

13             THE COURT:  So would each defendant please stand.

14             Have you received a copy of 13 CR 368, Mr. Kats?

15             MR. KATS:  Yes, I did, your Honor.

16             THE COURT:  Do you wish me to read it to you?

17             MR. KATS:  No, your Honor.

18             THE COURT:  How do you plead, guilty or not guilty?

19             MR. KATS:  Not guilty.

20             THE COURT:  Thank you.

21             And Mr. Marmilev, have you received a copy of

22   13 CR 368?

23             MR. MARMILEV:  Yes.

24             THE COURT:  Do you wish me to read it to you?

25             MR. MARMILEV:  No.

d669katc

1               THE COURT:  How do you plead, guilty or not guilty?

2               MR. MARMILEV:  Not guilty.

3               THE COURT:  Thank you.

4               Anything else to do?

5               MR. TURNER:  Not from the government, your Honor.

6    Thank you.

7               MR. FLOOD:  Nothing from Mr. Kats, your Honor.  Thank

8    you.

9               THE COURT:  Again, unique experience.  At least for

10   me.  Perhaps for several of us.

11              MR. FROCCARO:  Us as well, Judge.

12              THE COURT:  Okay.  Good.  Thank you.

13              (Adjourned)

14

15

16

17

18

19

20

21

22

23

24

25