UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
         - v. -                   :   WAIVER OF INDICTMENT
                                  :
VLADIMIR KATS,                    :   S6 13 Cr. 368 (DLC)
    a/k/a "Ragnar,"               :
                                  :
         Defendant                :
- - - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1956(h), 371, 1960, and 2252A(a)(2)(B), and Title 8, United States Code, Section 1325(c), and being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         October 31, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 31 2013