```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
          -v-                           :
                                        :    13 Cr. 368 (DLC)
LIBERTY RESERVE S.A.,                   :
ARTHUR BUDOVSKY,                        :         ORDER
VLADIMIR KATS,                          :
AHMED YASSINE ABDELGHANI,               :
ALLAN ESTEBAN HIDALGO JIMENEZ,          :
AZZEDDINE EL AMINE,                     :
MARK MARMILEV,                          :
MAXIM CHUKHAREV,                        :
                                        :
                    Defendant.          :          12/10/2013
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the time of the February 28, 2014 pretrial conference is rescheduled from 2 p.m. to 2:30 p.m. in Courtroom 15B.

Dated:   New York, New York
         December 10, 2013

                                        _____
                                                 DENISE COTE
                                        United States District Judge