UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                              <u>Electronic Filing</u>
UNITED STATES OF AMERICA            :
                                              **NOTICE OF ATTORNEY**
          - v. -                    :         **APPEARANCE AND REQUEST**
                                              **FOR ELECTRONIC**
LIBERTY RESERVE S.A., ET AL.,       :         **NOTIFICATION**

              Defendants.           :         13 Cr. 368 (DLC)

- - - - - - - - - - - - - - - - - - x

TO:  Clerk of Court
     United States District Court
     Southern District of New York

     The undersigned attorney respectfully requests the Clerk to

note his appearance in this case and to add him as a Filing User to

whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          PREET BHARARA
                          United   States   Attorney   for   the
                          Southern District of New York


                     By:   /s/ Christian R. Everdell
                          Christian R. Everdell
                          Assistant United States Attorney
                          United States Attorney's Office
                          One St. Andrew's Plaza
                          New York, NY 10007
                          Tel.: (212) 637-2556
                          Fax:  (212) 637-2620
                          Email: christian.everdell@usdoj.gov


cc:  Counsel of Record (via ECF)