

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2014

**By ECF and Email**
The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **United States v. Arthur Budovsky**, 13 Cr. 368 (DLC)

Dear Judge Cote:

    In response to the Court's order, dated November 20, 2015, the parties jointly submit this letter to provide comments on the Court's proposed jury questionnaire. First, taking into account jury addresses, a possible defense case, and jury deliberations, it is possible that the trial will take longer than six weeks to conclude. Accordingly, the parties propose that the second and third sentences read as follows: "The trial is expected to last approximately 6-8 weeks. We expect that it will end no later than March 25, 2016." Second, defense counsel requests that the following language in point one be removed: "Notwithstanding my recognition of the importance of jury service . . . ." The Government does not object to this language and takes no position on this request.

    Pursuant to the Court's order, the parties will confer on a procedure to review the completed questionnaires and to excuse appropriate members of the venire panel based on hardship reasons.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

                     By:    /s/ Christian R. Everdell
                              SERRIN TURNER
                              CHRISTIAN R. EVERDELL
                              CHRISTINE I. MAGDO
                              KEVIN MOSLEY
                              Assistant United States Attorneys

cc: Jeffrey Pittell, Esq.
    John Kaley, Esq.
    Donna Newman, Esq.