

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 13, 2016

By ECF
Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Vladimir Kats*, S6 13 Cr. 368 (DLC)

Dear Judge Cote:

On October 31, 2013, defendant Vladimir Kats pled guilty to the above-referenced information pursuant to a cooperation agreement.  Pursuant to an order of the Court requiring the Government to provide an update on Kats' status, the Government writes to report that Kats' cooperation remains ongoing.  As the Court is aware, the lead defendant in the case, Arthur Budovsky, is pending trial scheduled for February 2016.  Kats is expected to testify as a Government witness against him.  Kats' cooperation is therefore not expected to be completed until the case against Budovsky has been resolved.

In light of the foregoing, the Government respectfully requests that no sentencing date be scheduled for Kats at this time.  The Government will plan to ask the Court to set a sentencing date for Kats following the conclusion of Budovsky's trial.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
SERRIN TURNER
CHRISTIAN R. EVERDELL
CHRISTINE I. MAGDO
KEVIN MOSELY
Assistant United States Attorneys
Southern District of New York