```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    13cr368-1(DLC)
                                         :
            -v-                          :    ORDER
                                         :
VLADIMIR KATZ,                           :
                                         :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of August 10, 2022, it is hereby

ORDERED that the Government shall respond to the defendant's letter within 30 days of the date of this Order.

SO ORDERED:

Dated:   New York, New York
         August 24, 2022

_____
DENISE COTE
United States District Judge