

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Vladimir Kats*, 13 Cr. 368-1 (DLC)

Dear Judge Cote:

    On August 24, 2022, the Court Ordered the Government to respond to the defendant's *pro se* letter dated August 10, 2022 (Dkt. No. 469), by today, September 23, 2022. (Dkt. No. 470). The Government hereby informs the Court that it has mailed a Satisfaction of Forfeiture Money Judgment to the defendant and sent a copy of the same to his counsel, Mr. Christopher Flood, via email.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

        By:

                            _____
                            Amanda Weingarten
                            Assistant United States Attorney
                            (212) 637-2257

cc:     Christopher Flood, Esq. (by ECF and email)